| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

ANDRE HAYNES, §
§
    Petitioner, §
§
*versus* § CIVIL ACTION NO. 1:19-CV-149
§
WARDEN, BEAUMONT FCI MEDIUM, §
§
    Respondent. §

## MEMORANDUM ORDER ADOPTING
## THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Andre Haynes, proceeding *pro se*, filed this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. The court referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge recommending that a motion for summary judgment filed by the respondent be granted.

The court has received the Report and Recommendation of United States Magistrate Judge, along with the record, pleadings, and all available evidence. No objections were filed to the Report and Recommendation.

### ORDER

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct and the report of the magistrate judge is ADOPTED. The motion for summary judgment is GRANTED. A final judgment will be entered dismissing the petition.

SIGNED at Beaumont, Texas, this 15th day of April, 2020.

                                                                     MARCIA A. CRONE
                                                    UNITED STATES DISTRICT JUDGE